# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| THE MEDICAL IMAGING PARTNERSHIP - JAX1, LLC, | ) | Case No.: 09-bk-2697 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| THE MEDICAL IMAGING PARTNERSHIP - JAX1, LLC, | ) | |
| | ) | Adversary No. |
| Plaintiff, | ) | |
| v. | ) | |
| DR SYSTEMS, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

The Medical Imaging Center - JAX1, LLC, doing business as Precision Imaging ("Precision Imaging"), sues defendant, DR Systems, Inc. ("DR Systems"), and alleges:

### General Allegations

1. This adversary proceeding arises from the referenced Chapter 11 case and this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334(b).

2. This is a "core" proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (B), (K) and (O).

3. Precision Imaging owns and operates a state of the art out-patient medical imaging center from leased premises off Gate Parkway in Jacksonville, Florida. It employs approximately 45 persons and has been in business since April 2007.

4. On April 8, 2009 (the "Petition Date"), an involuntary petition for reorganization was filed against Precision Imaging. An order for relief was entered by consent on May 1, 2009.

**Count I**

**Declaratory Judgment**

5. Precision Imaging realleges paragraphs 1 through 4 above.

6. This is an action for a declaratory judgment determining (i) that a Purchase and Sale Agreement between Precision Imaging and DR Systems is not an executory contract, but instead an unsecured prepetition obligation of Precision Imaging, and (ii) that Precision Imaging is the owner of the equipment and software provided by DR Systems free and clear of any ownership claims or security interest of DR Systems.

7. Prior to the Petition Date, Precision Imaging was party to an installment purchase and sale agreement/lease dated January 12, 2007 with DR Systems concerning a comprehensive filmless imaging system used to store, analyze and retrieve patient data. The imaging system includes both hardware and software. A copy of the agreement with DR Systems is attached as **Exhibit A**.

8. Though the Agreement purports to be a lease, it is more properly characterized and should be treated as an installment sales contract.

9. The hardware and software was delivered to Precision Imaging, installed and in service on the Petition Date. The only "executory" portion of the contract on the Petition Date was Precision Imaging's obligation to pay money.

10. DR Systems did not file a UCC-1 Financing Statement reflecting any claimed security interest in the equipment supplied to Precision Imaging.

WHEREFORE, Precision Imaging requests entry of a judgment (i) determining that the Agreement between Precision Imaging and DR Systems is not an executory contract, (ii) that any obligation owing to DR Systems is an unsecured obligation, (iii) that DR Systems interest in the equipment is unsecured, (iv) that Precision Imaging is the owner of the equipment, and (v) granting such other relief as is appropriate.

## Count II

### Avoidance of Postpetition Transfers

11. Precision Imaging realleges paragraphs 1 through 4 and 7 through 9.

12. This is an action to avoid unauthorized postpetition payments pursuant to 11 U.S.C. § 549(a) and to recover same for the benefit of the estate pursuant to 11 U.S.C. § 550.

13. The agreement with DR Systems is not an executory contract.

14. Precision Imaging's postpetition payments to DR Systems constitute payments on an unsecured prepetition obligation.

15. Precision Imaging's postpetition payments to DR Systems were not authorized by the Bankruptcy Code.

WHEREFORE, Precision Imaging requests entry of a judgment (i) avoiding the postpetition transfers to DR Systems pursuant to 11 U.S.C. § 549, (ii) awarding damages

to Precision Imaging pursuant to 11 U.S.C. § 550, and (iii) granting such other relief as is appropriate.

                                    **STUTSMAN THAMES & MARKEY, P.A.**

By   */s/ Richard R. Thames*
     Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for The Medical Imaging Center - JAX1, LLC

76890